# United States District Court
## *Southern District of Georgia*

States of Georgia, Alabama, et al.

_____
Plaintiff

v.   Joseph R. Biden, et al.

_____
Defendant

Case No.   1:21-cv-00163

Appearing on behalf of Plaintiffs State of Alabama; Ala. Dept. of Ag. & Industries; Ala. Dept. of Public Health; Ala. Dept. of Rehabilitation Services

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   5th   day of   November  ,   2021  .

*/s/ Brian K. Epps*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Edmund G. LaCour Jr.

Business Address:   Office of the Alabama Attorney General
Firm/Business Name

501 Washington Avenue
Street Address

_____  Montgomery   AL   36130
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

334.242.7300
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   edmund.lacour@AlabamaAG.gov