UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA AUGUSTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> ASSOCIATED BUILDERS AND ) <br> CONTRACTORS OF GEORGIA, INC. ) <br> and ASSOCIATED BUILDERS AND ) <br> CONTRACTORS, INC., ) <br> ) <br> *Plaintiff-Intervenors,* ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN in his official capacity ) <br> as President of the United States; ) <br> et al., ) <br> ) <br> *Defendants*. ) <br> ) | Case 1:21-cv-00163-RSB-BKE |

**NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 24, Proposed Intervenors ASSOCIATED BUILDERS AND CONTRACTORS OF GEORGIA, INC. ("ABCGA"), and ASSOCIATED BUILDERS AND CONTRACTORS, INC. ("ABC") by and through their undersigned counsel move this Court for an Order permitting Proposed Intervenors to intervene as Co-Plaintiffs in the above-captioned lawsuit. A copy of the Proposed Plaintiff-Intervenors' Complaint is attached as Exhibit A.

In support of this Motion, Proposed Intervenors respectfully refer the Court to their Memorandum of Law, which accompanies this Motion.

00438174

Respectfully Submitted this 18th day of November 2021.

*/s/ Kathleen J. Jennings*
Kathleen J. Jennings (Ga. Bar No. 394862)
kjj@wimlaw.com
J. Larry Stine (Ga. Bar No. 682555)
jls@wimlaw.com
WIMBERLY LAWSON STECKEL SCHNEIDER
  & STINE, PC
3400 Peachtree Road, N.E.
Suite 400 – Lenox Road
Atlanta, GA 30326-1107
404-365-0900 – Phone
404-261-3707 – Fax

00438174

## CERTIFICATE OF SERVICE

  I hereby certify that on November 18, 2021, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via ECF.

| | |
|---|---|
| | */s/ J. Larry Stine* |
| WIMBERLY LAWSON STECKEL SCHNEIDER & STINE, PC<br>3400 Peachtree Road, N.E.<br>Suite 400 – Lenox Road<br>Atlanta, GA 30326-1107<br>404-365-0900 – Phone<br>404-261-3707 – Fax<br>jls@wimlaw.com | J. Larry Stine |