# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| The State of Georgia, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. <br> 1:21-cv-00163-RSB-BKE |

## DECLARATION OF MICHAEL P. SHANNON

1. My name is Michael P. Shannon, and I am competent in all respects to testify to the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.

2. I am the Vice President & Deputy Chief Business Officer for the Georgia Institute of Technology ("Georgia Tech"). In this capacity, I am familiar with the business operations of Georgia Tech, including but not limited to those matters at issue in this litigation and described more fully herein.

**Georgia Tech and Its Relationship with the Board of Regents**

3. Georgia Tech is a public research university and serves as one of the 26 higher education institutions within the University System of Georgia (the "USG"). The Board of Regents ("Board") is a state agency that governs and manages the USG

1

and its member institutions, including Georgia Tech.

4. Georgia Tech is not a separate legal entity, and therefore, all Georgia Tech employees are also employees of the Board.

**Georgia Tech and Its Federal Contracts**

5. Georgia Tech is a federal contractor and has federal contracts that would be considered covered contracts under the President's Executive Order 14042 ("the EO") and the guidance issued by the Safer Federal Workforce Task Force ("the guidance").

6. As the Vice President & Deputy Chief Business Officer, I am currently engaged in Georgia Tech's implementation of the EO and the guidance, both of which require federal contractors to mandate Covid vaccines for employees working on covered contracts ("Contractor Mandate").

7. For fiscal year 2021, Georgia Tech received $663,868,899.00 in annual revenue from federal covered contracts, as currently defined in the guidance. This accounts for 33% of Georgia Tech's annual revenue for fiscal year 2021.

8. These federal contracts are crucial to the development of Georgia Tech's applied and fundamental research programs, and a loss of these federal contracts would negatively impact Georgia Tech's ability to address the United States' security concerns and other national priorities that these federal contracts support.

9. Georgia Tech employs approximately 20,182 employees, including student employees.

10. Based on current federal guidance, Georgia Tech has determined that a majority of these employees would likely be subject to the vaccine requirement.

**Georgia Tech's Compliance with the Contractor Mandate**

11. To comply with the Contractor Mandate, Georgia Tech has spent a significant amount of time and financial resources to identify covered employees and covered locations, inform impacted employees, create a portal for employees to submit their vaccination information or requests for accommodations, increase vaccination capacity at its campus healthcare center, monitor continuing updates to the guidance, as well as contacting subcontractors to ensure they are also taking steps to comply with the Contractor Mandate.

12. To fully comply with the Contractor Mandate, Georgia Tech will need to expend a great deal of resources to determine alternative working arrangements, if applicable, and/or the appropriate means of enforcement with respect to covered contractor employees who refuse to comply. Based upon the guidance, enforcement may include disciplinary measures, such as removal.

13. Despite diligently working to comply with the Contractor Mandate, the burdens and operational impact of compliance with the January 4, 2022 deadline presents serious consequences for Georgia Tech.

14. A loss of employees would negatively impact Georgia Tech's ability to perform its contracts and provide educational, research, and related services to the community.

15. A loss of federal contracts or loss of personnel for non-compliance with the Contractor Mandate would negatively impact Georgia Tech's standing as a prominent research university and negatively impact Georgia Tech's ability to attract high-quality students, faculty, and staff.

16. Georgia Tech expects there will be significant financial costs and administrative burdens associated with continued compliance and enforcement of the Contractor Mandate.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

This 4th day of November, 2021.

_____
Michael P. Shannon
Vice President &
Deputy Chief Business Officer
Georgia Institute of Technology

4

120610891v1