# EXHIBIT 13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| The State of Georgia, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Joseph R. Biden in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Civil Action No.<br>1:21-cv-00163-RSB-BKE |

**DECLARATION OF MARGARET A. AMSTUTZ, Ph.D.**

1. My name is Margaret A. Amstutz, Ph.D. I am the Associate Provost for Academic Programs & Chief of Staff in the Provost's Office at the University of Georgia ("UGA"). I am also UGA's Institutional Designee for Compliance with the Federal Task Force Guidance and am knowledgeable of the facts set forth herein.

2. UGA is a public research university and serves as one of the 26 higher education institutions within the University System of Georgia (the "University System"). The Board of Regents ("Board") is a state agency that governs and manages the USG and its member institutions, including UGA.

3. All UGA employees are also employees of the Board.

4. UGA is concerned about the burdens of compliance with the Contractor Mandate (as referenced in the Complaint), including the requirement to gather all of the required vaccine data on our employees by the January 4, 2022 deadline.

5. To comply with the Contractor Mandate, we have begun to implement processes for:

120618881v1

      a.    Identifying impacted employees and locations;
      b.    Reviewing requests for accommodations;
      c.    Tracking employee vaccination statuses;
      d.    Expending our own financial resources to ensure compliance; and
      e.    Tracking data from our subcontractors to ensure that they are likewise performing (a), (b), and (c) above.

6. Despite diligently working towards compliance with the Contractor Mandate, UGA has serious concerns about the burdens of compliance and the risks associated with not reaching full compliance by the January 4, 2022 deadline.

7. Despite diligently working to encourage all UGA employees to obtain a COVID-19 vaccine, it is possible that not all of UGA's "covered contractor employees" who are required to obtain full vaccination status will do so by the January 4, 2022 deadline.

8. The Contractor Mandate is unclear with respect to who is a "covered contractor employee" and which locations are "covered contractor workplaces." The guidance under the Contractor Mandate continues to change, as recently as November 1, 2021, making compliance even more challenging.

9. UGA values and relies on all its employees, including those who fall within the scope of covered contractor employees.

10. Federal contracts are critical to recruiting and retaining talented faculty and students. These funding opportunities often engage researchers around applied and real-world problems and offer cutting-edge research opportunities for our research community. The talented individuals we recruit as faculty, staff, and students have every expectation of having these challenging and exciting research opportunities available to them via the federal contracting process. They have spent

years of study in preparation for undertaking this level and scope of work in their disciplines. Their professional development as faculty and students is tied to their ability to engage in research that pushes the boundaries of knowledge within those disciplines. It is not difficult to imagine that faculty performing the work of federal and federal flow-through contracts and subcontracts may not be interested in continuing at our institution if doing so required them to relinquish these funding opportunities. In the event federal contract and subcontract funding were removed, it seems unlikely other sources would be able to provide equal research support. As a result, faculty and students who are directly impacted, as well as others – whether in solidarity with those impacted or because of a desire to be able to work on federal contract projects in the future – may be incentivized to leave UGA for other institutions. UGA's reputation as a research university is likely to suffer in the event UGA is unable to act as a federal contractor.

11. A requirement to remove, relocate, discipline or otherwise terminate covered contractor employees who refuse to comply with the Contractor Mandate could require the expenditure of significant UGA resources.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 4 day of November, 2021.

*Margaret A. Amstutz*
Margaret Amstutz, Ph.D.
Associate Provost for Academic
Programs & Chief of Staff
University of Georgia