# United States District Court

## *Southern District of Georgia*

The State of Georgia, et al

_____
Plaintiff

Case No.   1:21-cv-00163-RSB-BKE
_____

v.   Joseph R. Biden, et al

Appearing on behalf of

Plaintiff State of South Carolina
_____

_____
Defendant

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   30th   day of   November   ,   2021   .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Thomas T. Hydrick

Business Address:   Office of the Attorney General of South Carolina
_____
Firm/Business Name

1000 Assembly St
_____
Street Address

| | Columbia | SC | 29201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

P.O. Box 11549
_____
Mailing Address (if other than street address)

| | Columbia | SC | 29211 |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (803) 734-4127 | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:   thomashydrick@scag.gov