IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 1:21-cv-163 |
| v. | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**O R D E R**

As previously scheduled and ordered, (see docs. 41, 51, 53), the Court will hold a hearing on all pending motions in this case on Friday, December 3, 2021, at 9:00 a.m. in the Main Courtroom, Statesboro Federal Courthouse, located at 52 N. Main St., Statesboro, Georgia. Public access to this hearing is available via telephone, by dialing 888-684-8852 and entering the call access code: 9717475.[1] However, there shall be no recording, broadcasting, or dissemination of anything heard through this public telephone line. Due to physical distancing protocols and general space constraints, occupancy in the courtroom will be limited, and will be available to non-parties (other than testifying witnesses) on a first come, first served basis only, with the doors to the courthouse opening to the public at 8:30 a.m. Once maximum capacity (with physical distancing protocols being observed) has been reached, no additional non-party, non-attorney, or non-witness attendees will be permitted to enter. Additionally, the following limitations and precautions shall be in effect:

---

[1] Callers will be not be able to participate in the hearing via the public access line, which will be in "listen only" mode.

- <u>Health Screening</u>.  Any and all individuals attending the hearing in person must be screened at the entrance of the courthouse.  In accordance with current Court policies, all individuals entering the courthouse will be screened and may be asked questions regarding potential exposure to and symptoms of COVID-19.

- <u>Personal Protective Equipment ("PPE")</u>.  All individuals entering the courthouse must, at a minimum, wear a fabric or disposable surgical-style mask during the entire time that they are in the courthouse.  The mask must fit snugly against the individual's face and must cover their nose and mouth. Bandanas, scarves, neck gaiters, buffs, and the like are not acceptable.  A mask will be provided to anyone who does not have an acceptable mask and who is seeking entrance to the courthouse to attend a hearing.  Testifying witnesses will be permitted to remove their masks while testifying, and attorneys may be permitted to remove their masks while addressing the Court or a witness.

- <u>Individuals not allowed in Courtroom</u>.  Pursuant to the Standing Order issued by the Honorable J. Randal Hall, Chief Judge, on March 17, 2020, in Case No. 1:20-mc-004, individuals falling into certain categories shall be denied admittance into any of this district's courthouses even if they are scheduled to attend the hearing.  Further, individuals should not attend the hearing or otherwise attempt to enter the courthouse if they have tested positive for COVID-19 in the last 14 days or are awaiting the results of a test for COVID-19; have come into contact with anyone in the past 14 days who has tested positive for COVID-19 or is awaiting the results of a test for COVID-19; have any symptoms of COVID-19 including fever, cough, shortness of breath, fatigue, muscle or body aches, headache, loss of taste or smell, sore throat, congestion or runny nose, nausea, or vomiting; or otherwise suspect that they have been exposed to COVID-19 within the last 14 days.

- <u>Physical Distancing in Courtroom</u>.  Every person attending the in-person hearing must practice physical distancing at all times.  This means keeping at least six feet (approximately two arms' length) of space between each person present in the courtroom.  There may be certain circumstances wherein it is not possible to maintain proper distancing while in the courtroom (i.e. attorney-client communications).  However, the Court expects that all individuals in the courtroom will limit close contact with others as much as possible.  Seating within the courtroom will be arranged and marked in such a way as to maintain proper spatial distancing.  Individuals entering the courtroom should be seated where indicated by the Court Security Officer or Courtroom Deputy Clerk and shall not rearrange seating in the courtroom.

**SO ORDERED**, this 30th day of November, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA