# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| The State of Georgia, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. <br> 1:21-cv-00163-RSB-BKE |

## SUPPLEMENTAL DECLARATION OF MICHAEL P. SHANNON

1. My name is Michael P. Shannon, and I am competent in all respects to testify to the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.

2. I am the Vice President & Deputy Chief Business Officer for the Georgia Institute of Technology ("Georgia Tech"). In this capacity, I am familiar with the business operations of Georgia Tech, including but not limited to those matters at issue in this litigation and described more fully herein.

3. Georgia Tech is a finalist in response to solicitation number 80ARC020R0011 issued by the National Aeronautics and Space Administration ("NASA").

4. The solicitation is in excess of $250,000.

5. In October 2021, the solicitation was amended to include Federal

1

Acquisition Regulation (FAR) clause 52.223-99, which requires covered employees of federal contractors and subcontractors to be vaccinated in accordance with Executive Order 14042 ("the EO") and the guidance issued by the Safer Federal Workforce Task Force ("the guidance").

6. Georgia Tech was required to agree to FAR clause 52.223-99 to maintain its eligibility for the contract award pursuant to the NASA solicitation.

7. A true and correct copy of an email from the NASA contracting officer to Georgia Tech that included the amendment/modification requiring Georgia Tech to agree to FAR clause 52.223-99 is attached hereto as Exhibit A.

8. A true and correct copy of the amendment/modification included in the email referenced in the preceding paragraph is attached hereto as Exhibit B.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

This 30th day of November, 2021.

                                                                 DocuSigned by:
                                                          Michael Shannon
                                       Michael P. Shannon

# EXHIBIT A

**From:** Shelley, Gary A. (ARC-JAI) <gary.a.shelley@nasa.gov>
**Sent:** Friday, October 8, 2021 12:32 PM
**To:** D'Urbano, Christopher <Christopher.Durbano@osp.gatech.edu>
**Cc:** Westmoreland, Vanessa R. (ARC-JAI) <vanessa.r.westmoreland@nasa.gov>
**Subject:** Amendment 4 to RFP Solicitation #80ARC020R0011, RVLTD

Good Morning Mr. D'Urbano,

In order to implement the requirements of Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, signed by the President on September 9, 2021; a Procurement Class Deviation (PCD) was initiated to include a clause. Clause 52.223-99, Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors has been added to the RFP through Amendment 4. The amendment to the solicitation has also been posted on the "Contracting Opportunities" page of SAM.gov.

Also, a revised model contract has been attached for your signature which includes the addition of 52.223-99. Please return both the signed SF30 for Amendment 4 and a signed copy of the revised model contract no later than 3:00 PM PDT on October 14, 2021. If you have any questions or concerns, please feel free to contact me or Ms. Vanessa Westmoreland who is cc'd on this email. Thank you.

Best Regards,

*Gary A. Shelley*
Contracting Officer/ Contract Specialist
Aero, Exploration Tech, & IT Branch, Code JAI
NASA Ames Research Center
Moffett Field, CA 94035-0001
**Phone:** (650) 604-0065
**Website:** https://www.nasa.gov/office/procurement



# EXHIBIT B

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| 04 | 10/08/2021 | | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| NASA Ames Research Center, Acquisition Division<br>Attn: Gary Shelley<br>M/S 241-1<br>Moffett Field, CA 94035-0001 | | | NASA Ames Research Center, Acquisition Division<br>Attn: Gary Shelley<br>M/S 241-1<br>Moffett Field, CA 94035-0001 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| | [X] | 80ARC020R0011 |
| | | 9B. DATED (SEE ITEM 11) |
| | | 07/07/2020 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER |
| | [ ] | |
| | | 10B. DATED (SEE ITEM 13) |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| [ ] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [ ] | D. | OTHER (Specify type of modification and authority) |

E. **IMPORTANT:** Contractor [ ] is not [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to update the RFP to include clause 52.223-99, Ensuring Adequate Covid-19 Safety Protocols for Federal Contractors (DEVIATION 21-03). Change pages are included with this amendment.

Offerors are reminded that all RFP amendments must be acknowledged through a signature in Block 15 of the SF 30 for the Amendment.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Gary Shelley, Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | GARY SHELLEY Digitally signed by GARY SHELLEY Date: 2021.10.08 08:14:53 -07'00'<br>(Signature of Contracting Officer) | 10/8/2021 |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

### 52.222-35 EQUAL OPPORTUNITY FOR VETERANS (JUN 2020)

(a) *Definitions.* As used in this clause—

"Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran,' and "recently separated veteran" have the meanings given at Federal Acquisition Regulation (FAR) 22.1301.

(b) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.

(c) *Subcontracts.* The Contractor shall insert the terms of this clause in subcontracts valued at or above the threshold specified in FAR 22.1303(a) on the date of subcontract award, unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

### 52.222-36 EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES (JUN 2020)

(a) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60.741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.

(b) *Subcontracts.* The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of the threshold specified in Federal Acquisition Regulation (FAR) 22.1408(a) on the date of subcontract award, unless exempted by rules, regulations, or orders of the Secretary, so that such provisions will be binding upon each subcontractor or vendor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs of the U.S. Department of Labor, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

### 52.223-99 ENSURING ADEQUATE COVID-19 SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS (DEVIATION 21-03)

(a) *Definition.* As used in this clause -

United States or its outlying areas means—

    (1) The fifty States;
    (2) The District of Columbia;
    (3) The commonwealths of Puerto Rico and the Northern Mariana Islands;
    (4) The territories of American Samoa, Guam, and the United States Virgin Islands; and
    (5) The minor outlying islands of Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Islands, Navassa Island, Palmyra Atoll, and Wake Atoll.

(b) *Authority*. This clause implements Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, dated September 9, 2021 (published in the Federal Register on September 14, 2021, 86 FR 50985).

(c) *Compliance*. The Contractor shall comply with all guidance, including guidance conveyed through Frequently Asked Questions, as amended during the performance of this contract, for contractor or subcontractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance) at https://www.saferfederalworkforce.gov/contractors/.

(d) *Subcontracts*. The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts at any tier that exceed the micro-purchase threshold, as defined in Federal Acquisition Regulation 2.101, performed in whole or in part within the United States or its outlying areas.

(End of clause)

## 52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (JUN 2020)

(a) The Contractor, in connection with this contract, shall —

    (1) Comply with the requirements of 48 CFR 9904.401, Consistency in Estimating, Accumulating, and Reporting Costs; 48 CFR 9904.402, Consistency in Allocating Costs Incurred for the Same Purpose; 48 CFR 9904.405, Accounting for Unallowable Costs; and 48 CFR 9904.406, Cost Accounting Standard — Cost Accounting Period, in effect on the date of award of this contract as indicated in 48 CFR part 9904.

    (2) (CAS-covered Contracts Only) If it is a business unit of a company required to submit a Disclosure Statement, disclose in writing its cost accounting practices as required by 48 CFR 9903.202-1 through 9903.202-5. If the Contractor has notified the Contracting Officer that the Disclosure Statement contains trade secrets and commercial or financial information which is privileged and confidential, the Disclosure Statement shall be protected and shall not be released outside of the Government.

    (3)(i) Follow consistently the Contractor's cost accounting practices. A change to such practices may be proposed, however, by either the Government or the Contractor, and the