IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-cv-163 |

**O R D E R**

Presently before the Court is a "Motion for Leave to File Brief of the American Medical Association as *Amicus Curiae* in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction," (doc. 69). In the Motion, the American Medical Association seeks leave to file an *amicus curiae* brief, (see doc. 69-1), in this case, and it advises that "Defendants have consented to this motion and to the filing of the attached amicus curiae brief," that "[c]ounsel for Plaintiffs indicated that they either consent or have no objection to this motion," and that "[c]ounsel for Proposed Plaintiff-Intervenors have consented to this motion," (doc. 69, p. 4). The Court **GRANTS** the Motion, (id.), and **DIRECTS** the Clerk of Court to file the "Brief of the American Medical Association as *Amicus Curiae* in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction," (doc. 69-1), as a separate entry on the docket.

**SO ORDERED**, this 2nd day of December, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA