UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-163-RSB-BKE |
| JOSEPH R. BIDEN in his official capacity as President of the United States, et al. | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Opinion & Order dated December 7, 2021, ECF No. 94, which (1) granted the amended motion for a preliminary injunction filed by Plaintiffs, ECF No. 55; (2) granted in part and denied in part the motion to intervene filed by Associated Builders and Contractors of Georgia and Associated Builders and Contractors, Inc. (ABC), ECF No. 48; and (3) granted ABC's motion for a preliminary injunction, ECF No. 50.

Dated: December 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

DAVID ESTES
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director
Civil Division

/s/ *Vinita B. Andrapalliyal*

1

VINITA B. ANDRAPALLIYAL
LEE REEVES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0845
Fax: (202) 616-8470
E-mail: vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*