# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>CLERK OF COURT | OFFICE OF THE CLERK<br>P.O. Box 1636<br>Brunswick, Georgia 31521 | TELEPHONE   912-280-1330 |

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number   1:21-cv-163

U.S.C.A. Number

RE: The State of Georgia, et al v. Joseph R. Biden, et al

---

Enclosed are documents regarding an appeal in this matter.

☒ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒ First Notice of Appeal:   ☑ Yes   ☐ No
Date of other _____

☐ Certified record on appeal consisting of:
___ Volume (s) of pleadings;   ___ Volume (s) of transcripts;
___ Volume (s) of exhibits/deposition;   ___ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:   ☐ Yes   ☐ No
Date paid _____

☐ Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is  Judge R. Stan Baker

☒ The Court Reporter is  Victoria L. Root

☐ This is an appeal of a bankruptcy order
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

cc:

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT
U.S. DISTRICT COURT

BY: *Sherry Taylor*
        Deputy Clerk

DATE:  12/10/21