**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| CASE NO. | 1:21-cv-163 | DATE: | 12-21-2021 |
|---|---|---|---|
| TITLE: | State of Georgia, et al. v. Biden, et al. | | |

| **DISTRICT JUDGE R. STAN BAKER** | | **COURTROOM DEPUTY CLERK**: Pam Hammock |
|---|---|---|
| | | **COURT REPORTER**: Victoria Root |
| **TAPE NO.** SAV-ANX | **TIME**: 10:05 – 11:20 | **TOTAL**: 00:30 |
| **ATTORNEYS FOR** | **PLAINTIFFS** | **FOR DEFENDANTS** |
| Charles Peeler | State of Georgia and others | Vinita Andrapalliyal |
| Howard Melton | | Lee Reeves |
| Larry Stine | Associated Builders & Contractors | Matt Josephson |
| Kathleen Jennings | | |

**Motion Hearing (Docs. 97, 102)**

- Counsel announce present and ready to proceed with hearing.
- Court addresses parties as to the motions pending before the Court. Court hears from parties.
- From Andrapalliyal for Defendants as to pending motions.
- From Peeler for Plaintiffs as to Defendants' motion at doc. 97.
- Court addresses parties, clarification on motions. Court will recess for parties to discuss further.

** Recess (10:26 – 11:08) **

- From Andrapalliyal for Defendants as to motion at doc. 97. Defendants withdraw the request for stay and to narrow in the motion, but seek a ruling on the request for clarification from the Court.
- From Peeler for Plaintiffs as to motion at doc. 97 regarding time to respond to Defendants' motion for clarification. Oral motion for additional time, up to January 7, 2022, to respond.
- From Andrapalliyal for Defendants. Defendants do not oppose the request and ask for 7 days to file a reply.
- Court grants the oral motion. Additionally, the Court grants the motion to stay, doc. 102, with the exception of the parties' briefs as to the motion for clarification, doc. 97. Plaintiffs' response to the Motion is due 1/7/2022, and the Defendants' reply to response is due 1/14/2022.
- Hearing adjourned.
-