IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-14269-W

_____

STATE OF GEORGIA,
STATE OF ALABAMA,
STATE OF IDAHO,
STATE OF KANSAS,
STATE OF SOUTH CAROLINA, et al.,

                                                          Plaintiffs - Appellees,

versus

PRESIDENT OF THE UNITED STATES,
SAFER FEDERAL WORKFORCE TASK FORCE,
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,
DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT AND CO-CHAIR
SAFER FEDERAL WORKFORCE TASK FORCE,
OFFICE OF MANAGEMENT AND BUDGET, et al.,

                                                          Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER:

On the Court's own motion, each side will have 25 minutes for oral argument.

                                                      /s/ Britt C. Grant
                                                      UNITED STATES CIRCUIT JUDGE