IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 1:21-cv-163 |
| v. | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., | |
| Defendants. | |

## O R D E R

This Court's Order in the above-styled action having been affirmed in part and vacated in part by the Court of Appeals for the Eleventh Circuit, the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 24th day of October, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA