# United States District Court
## Southern District of Georgia

The State of Georgia, et al.

_____
Plaintiff

v.

Biden, et al.

_____
Defendant

Case No. 1:21-cv-00163-RSB-BKE

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __November__, __2022__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Stephen J. Petrany |
| Business Address: | Georgia Department of Law |
| | Firm/Business Name |
| | 40 Capitol Square, SW |
| | Street Address |
| | Atlanta   GA   30334 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-458-3408   718981 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | spetrany@law.ga.gov |