UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| The State of Georgia, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden in his official capacity as President of the United States, et al., <br><br> Defendants. | <br><br><br><br><br><br><br><br> Civil Action No. 1:21-cv-163 |

## PLAINTIFFS' MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff State of Kansas hereby moves for attorney Brant M. Laue to be withdrawn as counsel from this case. Mr. Laue is leaving the Kansas Attorney General's Office. The other counsel of record on the docket will remain.

Respectfully submitted,

/s/ Brant M. Laue
Brant M. Laue, #16857
Solicitor General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3875
Brant.laue@ag.ka.gov

*Counsel for the Plaintiff State of Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/ Brant M. Laue*

Brant M. Laue