IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| THE STATE OF GEORGIA, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 121-163 |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Having read and considered the request for attorney Brant M. Laue to withdraw as counsel for Defendant the State of Kansas, the Court **GRANTS** the motion. (Doc. no. 123.) The Court **DIRECTS** the Clerk to strike Mr. Laue's name from the record. The listed Defendant will continue to be represented by the remaining attorneys named on the docket.

SO ORDERED this 6th day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA