- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

|  |  |
|---|---|
| THE STATE OF GEORGIA, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-163-RSB-BKE |
| JOSEPH R. BIDEN in his official capacity as President of the United States, et al. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby file this stipulation of dismissal without prejudice. Each side shall bear their own fees and costs.

157353068

DATED: June 1, 2023

/s/ Charles E. Peeler
Harold David Melton
Charles E. Peeler
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
404-885-3000
Fax: 404-885-3900
harold.melton@troutman.com
charles.peeler@troutman.com

Misha Tseytlin
Troutman Pepper Hamilton Sanders LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
608-999-1240
Misha.Tseytlin@troutman.com

Stephen J. Petrany
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300
404-458-3408
spetrany@law.ga.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiffs The State of Georgia; Brian P. Kemp, in his official capacity as Governor of the State of Georgia; The Board of Regents of the University System of Georgia; Gary W. Black, in his official capacity as Commissioner of the Georgia Department of Agriculture*

Respectfully submitted,

/s/ Edmund Gerard LaCour, Jr. *(w/perm.)*
Edmund Gerard LaCour, Jr.
Office of the Alabama Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
334-242-7300
edmund.lacour@alabamaag.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiffs The State of Alabama; Alabama Department of Agriculture and Industries; Alabama Department of Public Health; Alabama Department of Rehabilitation Services*

*/s/ William G. Parker, Jr. (w/permission)*
William G. Parker, Jr.
Office of Governor Kay Ivey
Alabama State Capitol
600 Dexter Avenue, Room N-203
Montgomery, AL 36130
334-242-7120
will.parker@governor.alabama.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiff Kay Ivey, in her official capacity as Governor of the State of Alabama*

*/s/ Alan W. Foutz (w/permission)*
Alan W. Foutz
W. Scott Zanzig
Idaho Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
208-334-2400
208-332-3556
Fax: 208-854-8073
alan.foutz@ag.idaho.gov
scott.zanzig@ag.idaho.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiffs The State of Idaho; Brad Little, in his official capacity as Governor of the State of Idaho; Idaho State Board of Education*

*/s/ Paul H. Dunbar, III (w/permission)*
Brant M. Laue
**TERMINATED: 01/06/2023**

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for The State of Kansas*

157353068

- 4 -

*/s/ Thomas T. Hydrick (w/permission)*
James Emory Smith, Jr
Thomas T. Hydrick
Office of the SC Attorney General
P.O. Box 11549
Columbia, SC 29211
803-734-3680
803-734-3677
Fax: 803-734-3677
esmith@scag.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiff The State of South Carolina*

*/s/ Wm. Grayson Lambert (w/permission)*
Thomas A. Limehouse, Jr.
Wm. Grayson Lambert
Office of the Governor, State of South Carolina
1100 Gervais Street
Columbia, SC 29201
803-734-2100
Email: mshedd@governor.sc.gov
Email: tlimehouse@governor.sc.gov
Email: glambert@governor.sc.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Henry McMaster, in his official capacity as Governor of the State of South Carolina*

*/s/ Paul H. Dunbar, III (w/permission)*
Melissa A. Holyoak
Office of the Utah Attorney General
350 N. State Street
P.O. Box 142320
Suite 230
Salt Lake City, UT 84114-2320
801-538-9600
Fax: 801-538-1121
melissaholyoak@agutah.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiff The State of Utah*

*/s/ Lindsay S. See (w/permission)*
Lindsay S. See
West Virginia Office of the Attorney General
1900 Kanawha Blvd E
Bldg 1 Rm 26E
Charleston, WV 25305
304-558-2021
Fax: 304-558-0140
lindsay.s.see@wvago.gov

Paul H. Dunbar, III
Capers Dunbar Sanders & Bellotti, LLP
2604 Commons Blvd.
Augusta, GA 30909
706-722-7542
pauldunbar@bellsouth.net

*Counsel for Plaintiff The State of West Virginia*

*/s/ J. Larry Stine (w/permission)*
J. Larry Stine
Wimberly Lawson
3400 Peachtree Road, NE
Suite 400 - Lenox Towers
Atlanta, GA 30326
404-365-0900
Fax: 404-261-3707
jls@wimlaw.com

Kathleen J Jennings
31 Pembroke Place
Pembroke, GA 31321
912-224-6337
Email: kjj@wimlaw.com

*Counsel for Associated Builders and Contractors, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Lee Reeves (w/permission)*
Vinita B. Andrapalliyal
Lee Reeves
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 616-0773
lee.reeves2@usdoj.gov

*Counsel for Defendants*

- 5 -

157353068

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I caused to be electronically filed a true and correct copy of the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/DOC system which will automatically send email notification of such filing to all counsel of record.

This 1st day of June, 2023.

*/s/ Charles E. Peeler*
Charles E. Peeler
Georgia Bar No. 570399
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
404-885-3000
Fax: 404-885-3900
charles.peeler@troutman.com