IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 1:21-cv-163 |
| v. | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal," signed and filed by counsel for Plaintiffs and counsel for Defendants, in which the parties advise that they stipulate to the dismissal without prejudice of this action, with each party to bear its own fees and costs. (Doc. 127.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 1st day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA